IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PATRICIA COLLIER, et al., }
    Plaintiffs, }
v. } CIVIL ACTION NO.
} 03-AR-2410-S
PATRICIAN ASSISTED LIVING }
FACILITIES, INC., }
    Defendant. }

FILED
04 FEB 11 PM 2:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
FEB 11 2004

## MEMORANDUM OPINION

The court has for consideration plaintiffs' motion for an award of attorney's fees. The motion will be denied by separate order for the following separate and several reasons:

1. Rule 54(d)(2)(B), F.R.Civ.P., requires that motions for attorneys fees be filed within fourteen (14) days after the entry of final judgment. The final judgment in this case was entered on January 13, 2004, and the motion was not filed until February 10, 2004. Therefore, the motion is not timely.

2. Rule 54(d)(2)(B) also requires that the motions "specify the .... statute, rules or other grounds entitling the moving party to the award...." This motion does not contain such a specification.

DONE this  11th  day of February, 2004.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE